DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail:  DavidLopezEsq@aol.com

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

       Plaintiff,                 08 Civil 4411 (PATTERSON J.)

   - against -

REHABCARE GROUP, INC. and
THEODORE M. WIGHT,

       Defendants.
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

    **NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

    ISSUE has not been joined.

Dated: Southampton, New York
      June 2, 2008

                        Yours, etc.

                        David Lopez, Esq. (DL-6779)

**S O   O R D E R E D :**

_____
Robert P. Patterson, U.S.D.J.
New York, New York
June    , 2008