DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail:  DavidLopezEsq@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

     **Plaintiff,**　　　　　　08 Civil 4411 (PATTERSON J.)

- against -

REHABCARE GROUP, INC. and
THEODORE M. WIGHT,

     **Defendants.**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

     **NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

     ISSUE has not been joined.

Dated: Southampton, New York
       June 2, 2008

                                            Yours, etc.

                                            _David Lopez_
                                            David Lopez, Esq. (DL-6779)

S O   O R D E R E D:
_/s/ Robert P. Patterson_
Robert P. Patterson, U.S.D.J.
New York, New York
June 3, 2008